IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALLEN STRICKLAND, | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 7:10-cv-131 (HL) |
| AMBASSADOR PERSONNEL SERVICES EMPLOYEE BENEFIT PLAN, et al., | : |
| Defendants. | : |

## **ORDER**

Following a telephone conference in which the parties stated that they formed a settlement agreement, counsel for the Defendant informed the Court that his client agreed to pay the Plaintiff $6,000 in attorneys' fees and $2,389.40 for medical bills in accordance with the terms of the settlement agreement. Payment is to be sent to the Plaintiff's counsel within two weeks of July 22, 2011.

If the Plaintiff receives the funds, then the parties are ordered to file a stipulation of dismissal under Rule 41 of the Federal Rules of Civil Procedure within three days of their receipt. If the Plaintiff does not receive the entirety of the settlement funds by August 10, 2011, he is ordered to notify the Court in writing.

**SO ORDERED**, this the 27th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc